Dismissed and Memorandum Opinion filed July 24, 2008












Dismissed
and Memorandum Opinion filed July 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00416-CV

____________

 

CHARLES TRINH, Appellant/Cross-Appellee

 

V.

 

ROBERT L. BUCHER, II, Appellee/Cross-Appellant

 





 

On Appeal from the
215th District Court

Harris
County, Texas

Trial Court Cause
No. 2004-16264

 





 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 26, 2007.  On June 17, 2008,
appellee/cross-appellant, Robert L. Bucher, filed a motion to dismiss the appeal
because the case has settled.   See Tex. R. App. P. 42.1.  Bucher=s counsel had previously filed a copy
of the parties= settlement agreement.  Because the parties have entered into a
settlement agreement and appellant/cross-appellee has not advised the court
that he opposes dismissal, we grant the motion to dismiss.

 

Accordingly,
the appeal and cross-appeal are ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
24, 2008.

Panel consists of Justices Yates, Anderson, and Brown.